THE STATE EX REL. QUARTO MINING COMPANY,
APPELLANT, *v.* HANEY ET AL., APPELLEES.

**[Cite as *State ex rel. Quarto Mining Co.
v. Haney* (2001), 93 Ohio St.3d 497.]**

(No. 01–526—Submitted September 18, 2001—Decided October 31, 2001.)

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

---

*Hanlon, Duff, Estadt & McCormick Co., L.P.A.,* and *Gerald P. Duff,* for appellant.

*Barkan & Neff Co., L.P.A.,* and *Randy J. Kilbride,* for appellee Carl L. Haney.

*Betty D. Montgomery,* Attorney General, and *Erica L. Armbrust,* Assistant Attorney General, for appellee Industrial Commission.